1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>  Plaintiff, )<br>)<br>  vs. )<br>)<br>Mario Omar CAN O )<br>)<br>)<br>)<br>  Defendant(s) )<br>)<br>)<br>)<br>)<br>) | Case No.07cr3368-W (AJB)<br><br>ORDER EXONERATING MATERIAL WITNESS BOND OF ANABELI BARRIOS-RABANALES |

**It is hereby Ordered** that the personal surety bond of $5000.00 which secured the presence of material witness ANABELI BARRIOS-RABANALES, be exonerated forthwith.

/////
/////
/////
/////
/////

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**It Is Further Ordered** that the Clerk of Court shall release and disburse the $500 held in the Registry of the Court to the Surety:

> Walter Leonel Barrios Reyes
> 10924 McCormick St. Apt. B
> N. Hollywood, CA 91601

DATED:   February 4, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court